IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Larry G. Philpot,<br><br>        Plaintiff,<br><br>v.<br><br>Jonathan Turley,<br><br>        Defendant. | Case No. 1:20-cv-01349-CMH-MSN |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S MOTION TO COMPEL DISCOVERY**

This matter is before the Court on Defendant Jonathan Turley's Motion to Compel Discovery from Plaintiff Larry G. Philpot ("Motion"). Upon consideration of the Motion, the memoranda in support of and in opposition to the Motion and the authorities cited therein, the arguments of counsel at the hearing on the Motion, and for good cause shown, it is hereby

ORDERED the Motion is GRANTED in its entirety; and it is further

ORDERED that Plaintiff Larry G. Philpot's Objections to Defendant Jonathan Turley's Plaintiff's First Interrogatories ("Interrogatories") and Plaintiff's First Request for Production of Documents ("Document Requests") are OVERRULED; and it is further

ORDERED that Plaintiff Larry G. Philpot must produce all discovery material responsive to the Interrogatories and Document Requests within eleven (11) days after the entry of this Order.

The clerk is directed to forward copies of this Order to all counsel of record.

Entered this \_\_\_\_th day of _____, 2021.

_____
Judge