## Fox, David R.

| | |
|---|---|
| **From:** | Maher, Kristine M. <KMaher@Graydon.law> |
| **Sent:** | Friday, June 25, 2021 10:23 |
| **To:** | Warrington, David A. |
| **Cc:** | Fox, David R. |
| **Subject:** | RE: Philpot v. Turley / Case No. 1:20-cv-01349-CMH-MSN [IWOV-CN.FID676676] |

Hi Dave,
I'm well and hope you are too.  We won't be filing any objections to these requests.  But we would like to get a date set to depose Prof. Turley before discovery closes.

Can you please let us know some available dates?

Thanks,
Kristine

Kristine Maher
513-629-2893
Kmaher@graydon.law

---

**From:** Warrington, David A. <David.Warrington@KutakRock.com>
**Sent:** Friday, June 11, 2021 5:59 PM
**To:** Maher, Kristine M. <KMaher@Graydon.law>
**Cc:** Fox, David R. <David.Fox@KutakRock.com>
**Subject:** Philpot v. Turley / Case No. 1:20-cv-01349-CMH-MSN

*** External email - use caution ***

Kristine,
I hope you are doing well.  Attached please find Defendant Jonathan Turley's First Requests for Production of Documents and Interrogatories in the above-referenced matter.
Have a great weekend!
Dave

**David A. Warrington** | Of Counsel | **Kutak Rock LLP**
901 East Byrd Street, Suite 1000, Richmond, Virginia 23219-4071
**D** (202) 828-2437 | **O** 804-644-1700
David.Warrington@KutakRock.com | www.KutakRock.com
*Only Admitted in Virginia