UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| LARRY G. PHILPOT, | ) : | Case No. 1:20-cv-01349-CMH-MSN |
| Plaintiff, | ) : | Senior Judge Claude M. Hilton |
| v. | ) : | Magistrate Judge Michael S. Nachmanoff |
| JONATHAN TURLEY, | ) : | **STIPULATION OF DISMISSAL** |
| Defendant. | ) | **WITH PREJUDICE** |

Plaintiff Larry G. Philpot and Defendant Jonathan Turley, through their respective counsel, hereby stipulate to the dismissal of this action *with prejudice* pursuant to Fed. R. Civ. P. 41 with each party to bear his own costs and attorneys' fees.

Respectfully submitted,

/s/   (with permission)
**Kristine M. Maher** (VSB No. 80329)
Stacy A. Cole, *pro hac vice*
GRAYDON HEAD & RITCHEY LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2893
Fax:    (513) 651-3836
E-mail:  kmaher@graydon.law
            scole@graydon.law
*Counsel for Plaintiff Larry Philpot*

/s/
**David A. Warrington** (VSB No. 72293)
DHILLON LAW GROUP
2000 Duke Street, Suite 300
Alexandria, VA 22314
Phone: 703.328.5369
DWarrington@dhillonlaw.com
*Counsel for Defendant Jonathan Turley*

10850858.1